836

No. 283. FIRST NATIONAL BANK OF CHIPPEWA FALLS ET AL. *v.* CHARLES HENNEMAN CO. ET AL. Supreme Court of Wisconsin. Certiorari denied. MR. JUSTICE WHITTAKER is of the opinion certiorari should be granted. *Marshall Wiley* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States. *Eugene R. Jackson* and *Edwin Larkin* for Chippewa County, respondent. 

No. 208. DOWN TOWN ASSOCIATION OF THE CITY OF NEW YORK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Timothy N. Pfeiffer* and *Rebecca M. Cutler* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, L. W. Post* and *Louise Foster* for the United States. 

No. 9, Misc. WARE *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Kenneth C. Patty,* First Assistant Attorney General of Virginia, for respondent.

No. 10, Misc. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States. 

No. 11, Misc. LIPSCOMB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Henry D. Espy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.